**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Sophia Sahagún,<br><br>Plaintiff,<br><br>v.<br><br>Themis Bar Review, LLC,<br><br>Defendant. | Case No. 24-cv-2065 |

**THEMIS BAR REVIEW LLC'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and for the reasons set forth in the accompanying memorandum of law, Defendant Themis Bar Review, LLC respectfully requests that this Court dismiss Plaintiff's Class Action Complaint (ECF No. 1) with prejudice.

Respectfully submitted,

s/ Joshua D. Lee
Joshua D. Lee
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607-7932
Telephone: (312) 964-7800
Facsimile: (214) 694-7799
josh.lee@nortonrosefulbright.com

James V. Leito IV*
Jackie Baker*
Joseph Simmons*
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
james.leito@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com
**Pro Hac Vice Application Forthcoming*

*Counsel for Defendant Themis Bar Review, LLC*