# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SOPHIA SAHAGUN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-02065 |
| v. | ) ) | Hon. Steven C. Seeger |
| THEMIS BAR REVIEW, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| **Event** | **Deadline** |
|---|---|
| Amendment to the pleadings | July 12, 2024 |
| Service of process on any "John Does" | July 12, 2024 |
| Completion of Fact Discovery | March 7, 2025 |
| Disclosure of Plaintiff's Expert Report(s) Deadline for Class Certification Motions | April 7, 2025 |
| Deposition of Plaintiff's Expert | May 16, 2025 |
| Disclosure of Defendant's Expert Report(s) Deadline to Oppose Class Certification | June 16, 2025 |
| Deposition of Defendant's Expert | July 18, 2025 |
| Deadline to File Reply in Support of Class Certification | August 2, 2025 |
| Dispositive Motions | August 15, 2025 |

Date: June 3, 2024

Steven C. Seeger
United States District Judge