**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

SOPHIA SAHAGÚN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THEMIS BAR REVIEW, LLC,

Defendant.

Case No. 1:24-cv-02065

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S MOTION TO DISMISS

Plaintiff Sophia Sahagún ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding Defendant's motion to dismiss. As set forth herein and attached, there have been several recent decisions issued since briefing concluded on Defendant's motion to dismiss that may be relevant to the Court analysis:

- *Mata v. Zillow Grp., Inc.*, 2024 WL 5161955, at *2-3 (S.D. Cal. Dec. 18, 2024) , *Berryman v. Reading Int'l, Inc.*, --- F. Supp. 3d. ----, 2025 WL 315403, at *3 (S.D.N.Y. Jan. 28, 2025), and *Lee v. Springer Nature Am., Inc.*, --- F. Supp. 3d ----, 2025 WL 692152, at *7-8 (S.D.N.Y. Mar. 4, 2025), submitted herewith as **Exhibits 1-3**, respectively, are relevant to the parties' arguments as to whether is a "video tape service provider" within the meaning of the Video Privacy Protection Act ("VPPA").

- *Lee v. Plex, Inc.*, --- F. Supp. 3d ----, 2025 WL 948118, at *10-11 (N.D. Cal. Mar. 28, 2025), submitted herewith as **Exhibit 4**, along with *Mata*, 2024 WL 5161955 at *4 and *Lee*, 2025 WL 692152 at *10-16, are relevant to the parties' arguments as to whether Defendant disclosed Plaintiff's personally identifiable information within the meaning of the VPPA.

- *Castillo v. Costco Wholesale Corp.*, 2024 WL 4785136, at *4-5 (W.D. Wash. Nov. 14, 2024), submitted herewith as **Exhibit 5**, along with *Mata*, 2024 WL 5161955 at *5, are relevant to the parties' arguments as to whether contents of communications were intercepted by Meta under the California Invasion of Privacy Act ("CIPA").

- *Zarif v. Hwareh.com, Inc.*, 2025 WL 486317, at *6 (S.D. Cal. Feb. 13, 2025) and *Shah v. Cap. One Fin. Corp.*, 2025 WL 714252, at *12 (N.D. Cal. Mar. 3, 2025), submitted herewith as **Exhibits 6 and** 7, respectively, are relevant to the parties' arguments as to whether Plaintiff consented to Defendant's interception under CIPA.

- *M.G. v. Therapymatch, Inc.*, 2024 WL 4219992, at *5 (N.D. Cal. Sept. 16, 2024) and *Strong v. LifeStance Health Grp. Inc.*, 2025 WL 317552, at *6 (D. Ariz. Jan. 28, 2025), submitted herewith as **Exhibits 8 and 9**, respectively, are relevant to the parties' arguments as to whether Defendant eavesdropped upon or recorded anything under CIPA.

- *Yockey v. Salesforce, Inc.*, 745 F. Supp. 3d 945, 955-56 (N.D. Cal. 2024) attached hereto as **Exhibit 10**, is relevant to the parties' arguments as to whether the Facebook Tracking Pixel is a "device" under CIPA.

DATED: April 15, 2025

Respectfully submitted,

*/s/ Philip L. Fraietta*

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Alec M. Leslie
1330 Avenue of Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com

aleslie@bursor.com

J. Dominick Larry
**NICK LARRY LAW LLC**
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Counsel for Plaintiff*

*/s/ Joshua D. Lee*

Joshua D. Lee
**NORTON ROSE FULBRIGHT US LLP**
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607-7932
Telephone: (312) 964-7800
Facsimile: (214) 694-7799
josh.lee@nortonrosefulbright.com
James V. Leito IV*
Jackie Baker*
Joseph Simmons*

**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
james.leito@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

**Admitted Pro Hac Vice*

*Counsel for Defendant Themis Bar Review, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Philip L. Fraietta*
Philip L. Fraietta