IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sophia Sahagún,<br><br>Plaintiff,<br><br>v.<br><br>Themis Bar Review, LLC,<br><br>Defendant. | Case No. 24-cv-2065 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Themis Bar Review, LLC ("Themis") respectfully submits this Response to Plaintiff's Notice of Supplemental Authority filed on April 15, 2025 (the "Notice") [Dkt. No. 60]. As set forth herein, none of the ten cases submitted by Plaintiff is material to the key issues raised by Themis's pending motion to dismiss.

Plaintiff says that three cited cases (*Mata*, *Berryman*, and *Lee*) are relevant to whether Themis is a video tape service provider ("VTSP"). But the issue raised by Themis's motion to dismiss is whether legal education providers in particular qualify as VTSPs. None of Plaintiff's cited cases involve legal education providers.

Plaintiff says that six cited cases (*Mata*, *Lee*, *Lee*, *Castillo*, *M.G.*, and *Strong*) are relevant to whether Themis disclosed personally identifiable information ("PII"), intercepted communication contents, or recorded confidential communications. But the issues raised by Themis's motion to dismiss are whether the specific formatting of a Themis Video URL preclude that URL from constituting PII, communication contents, or a confidential communication. None of Plaintiff's cited cases involved analogous issues of website URLs.

Plaintiff says that two cited cases (*Zarif* and *Shah*) are relevant to whether Plaintiff consented to the operation of the Meta Pixel on the Themis website. But these cases decided the consent issue based on the specific language of the defendants' privacy policies. The issue raised by Themis's motion to dismiss is whether Plaintiff consented via Themis's Privacy Policy, not via some other privacy policy from some other case with different language.

Finally, Plaintiff says that one cited case, *Yockey v. Salesforce, Inc.*, 745 F. Supp. 3d 945 (N.D. Cal. 2024), is relevant to the ancillary issue of whether the Meta Pixel is a "device" for CIPA purposes. As that case notes, there is a split in authority regarding this issue. *Id.* 955 n.6.

Date: April 23, 2025

*/s/ James V. Leito*

Joshua D. Lee
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607-7932
Telephone: (312) 964-7800
Facsimile: (214) 694-7799
josh.lee@nortonrosefulbright.com

James V. Leito IV*
Jackie Baker*
Joseph Simmons*
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
james.leito@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

**Admitted Pro Hac Vice*

*Counsel for Defendant Themis Bar Review, LLC*