IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Sophia Sahagún,

Plaintiff,

v.

Themis Bar Review, LLC,

Defendant.

Case No. 24-cv-2065

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Themis Bar Review, LLC ("Themis") respectfully submits this Notice of Supplemental Authority regarding Themis's pending motion to dismiss [Dkt. No. 15]. As set forth herein, the Northern District of California's recent decision in *Lakes v. Ubisoft, Inc.*, --- F.Supp.3d ---, 2025 WL 1036639 (N.D. Cal. Apr. 2, 2025), attached as **Exhibit 1**, is relevant to the Court's analysis.

The plaintiff in *Lakes v. Ubisoft, Inc.*, like the plaintiff here, brought both VPPA and CIPA claims based on the presence of the Meta Pixel on the defendant's website. The defendant filed a motion to dismiss. The court:

- Took judicial notice of the relevant portions of the defendant's website, which included a privacy policy, cookie banner, and account creation screen similar to Themis's privacy policy, cookie banner, and account creation screen;
- Held that "a reasonable user would understand from" the defendant's privacy policy "that he or she is consenting to the use of cookies including by third parties," and so dismissed the CIPA claim;
- Held that the account creation process, which (like Themis's account creation process) required checking a box signifying acceptance of the privacy policy, satisfied the requirements of the § 2710(b)(2)(B) informed written consent exception to the VPPA; and
- Granted the motion to dismiss in its entirety and dismissed plaintiff's complaint without leave to amend.

*Lakes* is relevant to the parties' arguments as to whether Plaintiff's creation of a Themis account and existence of a cookie banner on the Themis website constituted consent to the alleged disclosures.

Date: April 23, 2025

*/s/ James V. Leito*

Joshua D. Lee
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607-7932
Telephone: (312) 964-7800
Facsimile: (214) 694-7799
josh.lee@nortonrosefulbright.com

James V. Leito IV*
Jackie Baker*
Joseph Simmons*
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
james.leito@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

**Admitted Pro Hac Vice*

*Counsel for Defendant Themis Bar Review, LLC*