**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SOPHIA SAHAGÚN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THEMIS BAR REVIEW, LLC,<br><br>Defendant. | Case No. 1:24-cv-02065 |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Sophia Sahagún ("Plaintiff") respectfully submits this notice of supplemental authority regarding a recent denial of a defendant's motion to dismiss in the case captioned *Manza v. Pesi, Inc.*, 2025 WL 1445762, at *8 (W.D. Wis. May 20, 2025). *Manza* is relevant because it rejects the application of *Solomon v. Flipps Media, Inc.*, --- F.4th ----, 2025 WL 1256641 (2d Cir. May 1, 2025), which Defendant urges the Court to adopt. *See generally id.*, at *4-9. Ultimately, the Court in *Manza* concluded:

> If the text of the VPPA limited the statute's reach to only information that an "ordinary person" could use to identify a consumer, the court would apply the statute as written. But "[t]he 'ordinary person' standard is a judicial construct." *See Lee*, 2025 WL 692152, at *15. It creates a loophole that significantly undermines the basic purpose of the VPPA and is not supported by the VPPA's text, so the court declines to adopt the standard. Instead, the court concludes that ID numbers uniquely associated with a specific customer qualify as PII under the VPPA when they are paired with the names of videos the customer obtained from the defendant.

*Id.*, at *9.

Plaintiff respectfully submits the same outcome is warranted here.

DATED: May 27, 2025

Respectfully submitted,

*/s/ Philip L. Fraietta*

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Alec M. Leslie
1330 Avenue of Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com
aleslie@bursor.com

J. Dominick Larry
**NICK LARRY LAW LLC**
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Philip L. Fraietta*
Philip L. Fraietta