**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

SOPHIA SAHAGÚN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THEMIS BAR REVIEW, LLC,

Defendant.

Case No. 1:24-cv-02065

## NOTICE OF SETTLEMENT

Plaintiff Sophia Sahagún ("Plaintiff") and Defendant Themis Bar Review, LLC ("Defendant") (together, the "Parties") hereby submit this Notice to alert the Court that a class-wide settlement in principle has been reached in this matter. The Parties are in the process of memorializing the agreement and expect that, within 30 days from now, Plaintiff will file a motion for preliminary approval of the settlement. The Parties respectfully request that any litigation deadlines and rulings be stayed pending approval of the settlement. The Parties thank the Court for its continued attention to this matter.

DATED: July 15, 2025

Respectfully submitted,

*/s/ Philip L. Fraietta*

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Alec M. Leslie
1330 Avenue of Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com
aleslie@bursor.com

J. Dominick Larry
**NICK LARRY LAW LLC**
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Philip L. Fraietta*
Philip L. Fraietta