## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sophia Sahagun

                    Plaintiff,

v.                                      Case No.: 1:24–cv–02065

                                      Honorable Steven C. Seeger

Themis Bar Review, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for preliminary approval of class action settlement (Dckt. No. [78]) is hereby granted. The parties reached a putative class action settlement after several rounds of mediation with Hon. James F. Holderman (Ret.) of JAMS Chicago, which inspires confidence in the process. The Court reviewed the settlement agreement. The settlement would provide significant relief to the putative settlement class. The Court preliminarily finds that the settlement satisfies the requirements for a class settlement under Rule 23. Preliminary Approval Order to follow. By one week of entry of this order, the parties must submit another copy of the proposed order to the proposed order inbox, and fill in the blanks when it comes to the dates. This Court could do it, but this Court doesn't know, for example, how soon counsel could send notice to the proposed class. So, instead of judicial guesswork, the parties should propose some specific dates. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.