**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SOPHIA SAHAGÚN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>THEMIS BAR REVIEW, LLC,<br><br>                Defendant. | Case No. 1:24-cv-02065 |

**JOINT MOTION TO MODIFY DATES IN PRELIMINARY APPROVAL ORDER**

Plaintiff Sophia Sahagún ("Plaintiff") and Defendant Themis Bar Review, LLC ("Defendant") (together, the "Parties") respectfully request that the Court enter an Order modifying certain dates and deadlines in the Court's preliminary approval order. (Dkt. 80, the "Preliminary Approval Order."). In support of this motion, the Parties state as follows:

1.      On October 20, 2025, the Court entered an Order preliminarily approving the proposed class action settlement of this matter, directing that notice be sent to the Settlement Class, and appointing Epiq Class Actions and Claims Solutions ("Epiq") as the Settlement Administrator.[1] (Dkt. 80). The Preliminary Approval Order includes certain dates and deadlines by which events related to the Settlement are to occur. This includes the implementation of a Notice plan, with later deadlines keyed off of the date Notice is sent to the Settlement Class. The Preliminary Approval Order further sets a Final Approval Hearing for January 26, 2026.

2.      Since the Court entered the Preliminary Approval Order, Class Counsel has worked with Epiq to finalize Notice documents, ensure that the Settlement Website contained everything called for in the Settlement and was accessible to the public.

---

[1] Unless otherwise defined, all capitalized terms have the meaning ascribed to them in the Settlement Agreement. (Dkt. 78-1).

3.      However, Defendant requires additional time to compile the complete and final

class list, which rendered Epiq unable to disseminate Notice on November 14, 2025, as the

Preliminary Approval Order required.

4.      Defendant has committed to transferring the complete and final class list to Epiq

on or before November 21, 2025, and Epiq has advised that it will need at least 21 days to

analyze the data before disseminating Notice.

5.      Accordingly, the Parties jointly request that the Court modify the current

deadlines as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Notice Date | November 14, 2025 | December 23, 2025 |
| Plaintiff's Deadline to File Fee Petition | December 15, 2025 | January 23, 2025 |
| Objection/Exclusion Deadline | December 29, 2025 | February 6, 2025 |
| Claims Deadline | December 29, 2025 | February 6, 2025 |
| Plaintiff's Deadline to File Motion for Final Approval | January 13, 2026 | February 20, 2026 |
| Final Approval Hearing | January 26, 2026 | March 6, 2026, or as soon thereafter as the Court is available |

6.      Besides these dates, the Parties are not seeking to modify any other element of the

Preliminary Approval Order.  Should this Motion be granted, the Parties will make sure these

dates are included in all forms of the Notice and posted, along with any resulting order, on the

Settlement Website.

7.      The Parties respectfully submit that good cause exists to grant the required relief,

and that it is not being sought for any improper purpose.  Rather, it is being done to ensure that

accurate Notice timely reaches as many Settlement Class Members as possible and that all

Settlement Class Members are afforded the claims period called for in the Settlement.


DATED: November 17, 2025

Respectfully submitted,

*/s/ Philip L. Fraietta*

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10606
Tel : (914) 874-0710
Fax : (914) 206-3656
E-Mail: pfraietta@bursor.com

Alec M. Leslie
1330 Avenue of Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: aleslie@bursor.com

*Class Counsel*

*/s/  Joshua D. Lee*

Joshua D. Lee
**NORTON ROSE FULBRIGHT US LLP**
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607-7932
Telephone: (312) 964-7800
Facsimile: (214) 694-7799
josh.lee@nortonrosefulbright.com
James V. Leito IV*
Jackie Baker*
Joseph Simmons*

**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
james.leito@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

3

*Admitted Pro Hac Vice*

*Counsel for Defendant Themis Bar Review, LLC*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 17, 2025, the foregoing was electronically filed with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

s/ <u><i>Philip L. Fraietta</i></u><br>
Philip L. Fraietta