UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOPHIA SAHAGÚN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>THEMIS BAR REVIEW, LLC,<br><br>      Defendant. | Case No. 1:24-cv-02065 |

### ORDER GRANTING JOINT MOTION TO MODIFY DATES IN PRELIMINARY APPROVAL ORDER

This matter coming before the Court on the Parties' Joint Motion to Modify Dates in Preliminary Approval Order (dkt. 81), due and adequate notice being provided, good cause being shown, and the Court being fully advised in the premises:

1. Terms and phrases in this Order shall have the same meaning ascribed to them in the Class Action Settlement Agreement, (dkt. 104-1).

2. The joint motion to modify the schedule is hereby granted. To allow the Settlement Administrator sufficient time to disseminate class notice, the Preliminary Approval Order (dkt. 80) is modified as follows:

| Event | Old Date | New Date |
|---|---|---|
| Notice Date | November 14, 2025 | December 23, 2025 |
| Plaintiff's Deadline to File Fee Petition | December 15, 2025 | January 23, 2025 |
| Objection/Exclusion Deadline | December 29, 2025 | February 6, 2025 |
| Claims Deadline | December 29, 2025 | February 6, 2025 |
| Plaintiff's Deadline to File Motion for Final Approval | January 13, 2026 | February 20, 2026 |

1

2

| Final Approval Hearing | January 26, 2026 | March 16, 2026 at 10:00 a.m. |

DATED: December 17, 2025

_____
Steven C. Seeger
United States District Judge

2