**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SOPHIA SAHAGÚN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THEMIS BAR REVIEW, LLC,<br><br>Defendant. | Case No. 1:24-cv-02065 |

**PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COMES NOW Plaintiff, through undersigned counsel, and hereby requests this Court to enter an Order granting final approval of the Class Action Settlement.

Plaintiff's Motion is based on: (1) this Motion, (2) Plaintiff's Brief in Support, (3) the Declaration of Philip L. Fraietta and all Exhibits attached thereto, (4) the Declaration of Cameron R. Azari Esq. of Epiq Class Action & Claims Solutions, Inc. and all Exhibits attached thereto; (5) the records, pleadings, and papers filed in this action; and (6) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

DATED: February 20, 2026

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

/s/ *Philip L. Fraietta*
Philip L. Fraietta (6337165)
50 Main Street, Suite 475
White Plains, NY 10606
Tel.: 914-874-0710
Fax: 212-989-9163
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (6344855)
1330 Avenue of Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: aleslie@bursor.com

*Class Counsel*

J. Dominick Larry
**NICK LARRY LAW LLC**
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Local Counsel*